IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEAN S. SHIELDS     CHAPTER 13
       TARA L. SHIELDS     CASE NO.: 1:16-bk-04524
            DEBTORS

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

Kindly enter my appearance on behalf of Debtors Dean S. Shields and Tara L. Shields for the above referenced case.

                                      **By: /s/ Nicholas G. Platt**
                                      Nicholas G. Platt 327239
                                      MOONEY LAW
                                      230 York Street
                                      Hanover, PA 17331
                                      ngp@mooney4law.com
                                      (717) 632-4656 Phone
                                      (717) 632-3612 Fax

Dated: February 8, 2021