Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:**<br>**Tara Lynn Shields**<br>  **a/k/a Tara Grace**<br>**Dean S. Shields,**<br><br>          **Debtor(s)** | | **CHAPTER**<br>**CASE NO.**<br><br>**ADV. NO.**<br>**NATURE OF PROCEEDING:**<br>**DOCUMENT No.** | **13**<br>**16-04524-HWV**<br><br>**n/a**<br>**Motion for Relief from Stay**<br>**69** |
| **M&T Bank** | | | |
| | **Plaintiff(s)/ Movants** | | |
| **vs.**<br>**Tara Lynn Shields**<br>  **a/k/a Tara Grace**<br>**Dean S. Shields,** | | | |
| | **Defendant(s)/ Respondent(s)** | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

  ☒ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 7, 2021          /s/ Martin A. Mooney
                             Attorney for:    M&T Bank

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.